In the Matter of JAQUAN M., a Person Alleged to be a Juvenile Delinquent, Respondent. PRESENTMENT AGENCY, Appellant.

Decided October 18, 2012

Appeal dismissed, without costs, by the Court of Appeals, sua

sponte, upon the ground that the two-Justice dissent at the Appellate Division is not on a question of law (see CPLR 5601 [a]).